

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHERYL THORNHILL and RUSTY THORNHILL | CIVIL ACTION NO. 1:07-cv-0064 |
| -vs- | JUDGE DRELL |
| ALEXANDRIA MALL CO., et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein (Document No. 181), noting the absence of objections thereto, noting also the letter dated June 12, 2009 from plaintiffs' counsel (marked as "Exhibit A" and attached hereto), which states plaintiffs do not oppose the dismissal of this suit without prejudice, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Report and Recommendation. Accordingly,

IT IS ORDERED that plaintiffs' complaint, including all cross-claims and third-party demands, be DISMISSED WITHOUT PREJUDICE, and all pending motions are DENIED AS MOOT.

SIGNED on this 15 day of June, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

# LAW OFFICES OF
# DAVID C. HESSER, L.L.P.[3]

[1] BOARD CERTIFIED FAMILY LAW SPECIALIST (LOUISIANA BOARD OF LEGAL SPECIALIZATION)
[2] MASTER OF LAWS IN ADMIRALTY
[3] LIMITED LIABILITY PARTNERSHIP
[4] PARTNER
[5] ALSO ADMITTED IN TEXAS
[6] A PROFESSIONAL LAW CORPORATION
[7] A LIMITED LIABILITY COMPANY

2820 JACKSON STREET
ALEXANDRIA, LOUISIANA 71301
TELEPHONE: (318) 542-4102
FACSIMILE: (318) 442-4105

4438 B YOUREE DRIVE
SHREVEPORT, LOUISIANA 71105
TELEPHONE: (318) 866-2432
E-MAIL: DAVID@HESSERLAW.COM
WWW.HESSERLAW.COM

DAVID C. HESSER [1,2,4,5,6]

SPECIAL COUNSEL
STEVEN L. PREJEAN [7]

OF COUNSEL
MYLES JOHNSON

June 12, 2009

Judge D. Drell
US District Court, Room 233
515 Murray Street
Alexandria, Louisiana 71301

     RE: Civil Suit No. 1:07CV64, Cheryl Thornhill and Rusty Thornhill v. Alexandria Mall Company, ABC Insurance Company, Young Contracting Co., Inc. and XYZ Insurance Co.

Dear Judge Drell:

  In accordance with Magistrate Judge Hayes recommendations, I wanted to let the court know that I am unopposed to the dismissal of the federal suit without prejudice, as the suit interrupted prescription. In accordance with the jurisprudence cited by the Magistrate I have filed the suit in Rapides Parish State Court and I have requested service via the Long Arm Statute.

  Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions, comments or concerns.

        Sincerely,

        **DAVID C. HESSER**
        **A Professional Law Corporation**

        By: _____
          David C. Hesser

DCH/alh
cc: Cheryl Thornhill and Rusty Thornhill
  Charles E. Riley
  Terri Collins
  Michael Adley
  Mark Watson
  Michael T. Durham

EXHIBIT A